OPINION — AG — (1) UNDER 51 O.S. 1971 6 [51-6] AND 68 O.S. 1979 Supp., 2457 [68-2457](A), A COUNTY SUPERINTENDENT OF SCHOOLS MAY NOT SERVE ON THE COUNTY EXCISE BOARD. (2) A DISTRICT SUPERINTENDENT IS NOT PROHIBITED UNDER 51 O.S. 1971 6 [51-6] OR 68 O.S. 1979 Supp., 2457 [68-2457], FROM SERVING ON THE COUNTY EXCISE BOARD. HOWEVER, IF A SUPERINTENDENT IS EMPLOYED BY AN INDEPENDENT SCHOOL DISTRICT AND THE SCHOOL DISTRICT IS IN THE SAME COUNTY IN WHICH THE EXCISE BOARD FUNCTIONS, SUCH MEMBERSHIP ON THE BOARD WOULD BE IN VIOLATION OF 74 O.S. 1976 Supp., 1404 [74-1404] . (3) A COURT REPORTER IS NOT PROHIBITED UNDER 51 O.S. 1971 6 [51-6], OR 68 O.S. 1979 Supp., 2457 [68-2457] FROM SERVING ON THE COUNTY EXCISE BOARD. (4) THERE IS NO VIOLATION OF THE NEPOTISM LAWS WHERE AN EXCISE BOARD MEMBER'S WIFE IS EMPLOYED BY THE COUNTY ELECTION BOARD. CITE: 20 O.S. 1971 106.2 [20-106.2], 20 O.S. 1972 Supp., 106.4 [20-106.4], 20 O.S. 1979 Supp., 106.9 [20-106.9] [20-106.9], 21 O.S. 1971 481 [21-481], 21 O.S. 1971 483 [21-483], 68 O.S. 1979 Supp., 2487 [68-2487], 70 O.S. 1971 5-106 [70-5-106], 70 O.S. 1972 Supp., 5-117 [70-5-117] 70 O.S. 1971, 1402 [70-1402], 74 O.S. 1976 Supp., 1404 [74-1404] OPINION NO. 77-154 , OPINION NO. JUNE 5, 1939, OPINION NO. JULY 15, 1950 (DUAL OFFICE HOLDING) (PATRICIA R. DEMPS) 68 O.S. 2457 [68-2457], 68 O.S. 2486 [68-2486], 74 O.S. 1401 [74-1401] == SEE OPINION NO. 88-554 (1988) ==